SEALED

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
AUG 2 9 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.

Kelvin OTUNYO

*Defendant*

)
)
)
)
)
)
)

Case: 1:18-cr-00251
Assigned To : Howell, Beryl A.
Assign. Date : 8/16/2018
Description: INDICTMENT (B)
Case Related: 17-cr-162 (BAH)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kelvin Otunyo,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1344(2) (Bank Fraud)
18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft)

Date:   08/16/2018

*Issuing officer's signature*

City and state:   Washington, District of Columbia

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8-20-18, and the person was arrested on *(date)* 8-29-18
at *(city and state)* Washington DC.

Date: 8-29-18

*Arresting officer's signature*

M. Sarvis  USM
*Printed name and title*