**Sentence Imposed Relative to Guideline Range**
Fiscal Year 2015,2016,2017,2018,2019,2020

| Sentence Range | 2015 N | 2015 % | 2016 N | 2016 % | 2017 N | 2017 % | 2018 N | 2018 % | 2019 N | 2019 % | 2020 N | 2020 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | 72 | 100.0% | 53 | 100.0% | 46 | 100.0% | 51 | 100.0% | 55 | 100.0% | 39 | 100.0% |
| Within Range | 19 | 26.4% | 14 | 26.4% | 17 | 37.0% | 22 | 43.1% | 18 | 32.7% | 12 | 30.8% |
| Upward Departure | - |  | 1 | 1.9% | - |  | - |  | - |  | - |  |
| §5K1.1 Substantial Assistance | 25 | 34.7% | 17 | 32.1% | 9 | 19.6% | 9 | 17.6% | 10 | 18.2% | 9 | 23.1% |
| Downward Departure Govt Motion | 1 | 1.4% | 3 | 5.7% | 5 | 10.9% | - |  | 2 | 3.6% | 2 | 5.1% |
| Non-Govt Downward Departure | 9 | 12.5% | 4 | 7.5% | 1 | 2.2% | 2 | 3.9% | 6 | 10.9% | 3 | 7.7% |
| Upward Variance | - |  | 1 | 1.9% | - |  | - |  | - |  | - |  |
| Downward Variance Govt Motion | 3 | 4.2% | 2 | 3.8% | 1 | 2.2% | 1 | 2.0% | 6 | 10.9% | 2 | 5.1% |
| Non-Govt Downward Variance | 15 | 20.8% | 11 | 20.8% | 13 | 28.3% | 17 | 33.3% | 13 | 23.6% | 11 | 28.2% |

**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019,2020; Crime Type: Fraud/Theft/Embezzlement,Money Laundering; Guideline: All Circuit: DC Circuit; State: District of Columbia; District: District of Columbia; Race: All; Gender: All; Age: All; Citizenship: All; Education: All

**SOURCE:** This was produced using the U.S. Sentencing Commission's Interactive Data Analyzer (IDA) (https://ida.ussc.gov).